CHRISTIE RICCIARDI, Respondent, *v.* AMERICAN EXPORT LINES, INC., Appellant.

Argued April 10, 1945; decided May 24, 1945.

*Edward Ash* and *Joseph M. Meehan* for appellant.

*Dora Aberlin* and *Paul O'Dwyer* for respondent.

Order affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.